| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | **BURSOR & FISHER, P.A.**<br>L. Timothy Fisher (State Bar No. 191626)<br>Frederick J. Klorczyk III (State Bar No. 320783)<br>1990 North California Boulevard, Suite 940<br>Walnut Creek, CA  94596<br>Telephone: (925) 300-4455<br>Facsimile:  (925) 407-2700<br>E-Mail: ltfisher@bursor.com<br>           fklorczyk@bursor.com |
| 6<br>7<br>8<br>9 | **BURSOR & FISHER, P.A.**<br>Scott A. Bursor (State Bar No. 276006)<br>888 Seventh Avenue<br>New York, NY  10019<br>Telephone: (646) 837-7150<br>Facsimile:  (212) 989-9163<br>E-Mail: scott@bursor.com |

# DENIED
## BY ORDER OF THE COURT

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE RUBIO and LATISHA SATCHELL, individually and on behalf of all others similarly situated,<br><br>                           Plaintiffs,<br>   v.<br><br>ORGAIN, INC., a California Corporation,<br><br>                           Defendant. | Case No.  5:18-cv-02237-MWF-SHK<br><br>**[PROPOSED] ORDER ON THE STIPULATION TO SET BRIEFING SCHEDULE**<br><br>[Filed Concurrently with Stipulation] |

[PROPOSED] ORDER
CASE NO. 5:18-cv-02237-MWF-SHK

# [PROPOSED] ORDER

This matter is before the Court on the parties' joint stipulation regarding a briefing schedule for Defendant's anticipated Motion to Dismiss. The Court, having considered the parties' stipulation, finds good cause in support thereof.

Accordingly, IT IS HEREBY ORDERED:

1. The deadline for Defendant to file its motion to dismiss shall be December 20, 2018;
2. The deadline for Plaintiffs to file an opposition to Defendant's motion to dismiss shall be February 4, 2019;
3. The deadline for Defendant to submit a reply in support of its motion to dismiss shall be February 18, 2019; and
4. The hearing for Defendant's motion to dismiss, subject to Court availability, shall be March 4, 2019.

**DENIED WITHOUT PREJUDICE. THERE IS NO JUSTIFICATION FOR DELAY UNTIL FEBRUARY 4, 2019.**

Dated: _____

MICHAEL W. FITZGERALD
United States District Court Judge