UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES—GENERAL

| | | |
|---|---|---|
| **Case No.** | EDCV 18-2237-MWF (SHKx) | **Date:** March 30, 2022 |
| **Title:** | Alice Rubio, et al. v. Orgain, Inc. | |

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

Deputy Clerk:         Court Reporter:
Rita Sanchez          Not Reported

Attorneys Present for Plaintiff:      Attorneys Present for Defendant:
None Present                          None Present

**Proceedings (In Chambers):** ORDER DISMISSING ACTION WITHOUT PREJUDICE

On March 5, 2019, the Court granted Defendant Orgain, Inc.'s Motion to Dismiss. (Docket No. 41). In its Order, the Court granted Plaintiffs leave to amend and set a deadline of March 25, 2019 for Plaintiffs to file their Second Amended Complaint. (*Id.* at 8).

As of March 29, 2022, Plaintiff has not filed a Second Amended Complaint, and Defendants have not requested dismissal of this action.

It is well-established that a district court has authority to dismiss a plaintiff's action due to her failure to prosecute and/or to comply with court orders. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash Railroad Co.*, 370 U.S. 626, 629–30 (1962) (noting that district court's authority to dismiss for lack of prosecution is necessary to prevent undue delays in the disposition of pending cases and avoid congestion in district court calendars); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) (stating that district court may dismiss action for failure to comply with any order of the court).

Before ordering dismissal, the Court must consider five factors: (1) the public's interest in expeditious resolution of litigation; (2) the Court's need to manage its docket; (3) the risk of prejudice to Defendant; (4) the public policy favoring the disposition of cases on their merits; and (5) the availability of less drastic sanctions. *See In re Eisen*, 31 F.3d 1447, 1451 (9th Cir. 1994) (failure to prosecute); *Ferdik*, 963 F.2d at 1260–61 (failure to comply with court orders).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | | |
|---|---|---|
| **Case No.** | EDCV 18-2337-MWF (SHKx) | **Date:**  March 30, 2022 |
| **Title:** | Alice Rubio, et al. v. Orgain, Inc. | |

Taking all of these factors into account, dismissal for lack of prosecution is warranted.  Accordingly, the action is **DISMISSED** *without prejudice*.

This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58.  Pursuant to Local Rule 58-6, the Court **ORDERS** the Clerk to treat this Order, and its entry on the docket, as an entry of judgment.

IT IS SO ORDERED.